UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GERALD ALLEN COWLES,

                Petitioner,

    v.

UNNAMED RESPONDET ,

                Respondent.

CASE NO. 2:26-cv-00164-RSM-BAT

**ORDER OF DISMISSAL**

Having reviewed, *de novo*, the Report and Recommendation of the United States Magistrate Judge, any objections, responses, and the record, the Court finds and ORDERS:

(1)    The Court ADOPTS the Report and Recommendation.

(2)    The case is DISMISSED with prejudice.

(3)    The Clerk shall provide Petitioner a copy of this Order.

Dated this 9th day of March, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 1